UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| DENNIS C. DAVIS, JR.<br>SSN: xxx-xx-6885<br>LINDA M. DAVIS<br>SSN: xxx-xx-5173<br>Debtors | CASE NUMBER:  03-35075<br>CHAPTER 13 |

### NOTICE TO DENNIS AND LINDA DAVIS, THAT $480.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Dennis and Linda Davis, debtors herein, and deposits $480.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. The last known address for Dennis and Linda Davis was:

   2283 W. 950 S
   Union Mills, IN 46382

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate these debtors were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: November 20, 2009

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on <u>November 20, 2009</u>

By U. S. Mail to the Debtors as follows:

Debtor(s): Dennis & Linda Davis, 2283 W. 950 S, Union Mills, IN 46382

By electronic e-mail to the following:

Debtors' Attorney: Gary Schoof
U.S. Trustee

                                                /s/ Debra L. Miller, Trustee
                                                By: Rosemary Ward-Wilson